PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Edward Meriweather</u>   Case Number: <u>3:07-00069</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>November 14, 2008</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Cocaine</u>

Original Sentence: <u>51 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>April 30, 2012</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>   Defense Attorney: <u>Mariah A. Wooten</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___9___ day of ___Sept___, 2013,
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

_____
Todd J. Campbell
U.S. District Judge

Place   <u>Nashville</u>

Date   <u>September 9, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>  <u>Nature of Noncompliance</u>

**1.**  **The defendant shall refrain from any unlawful use of a controlled substance.**
On August 20, 2013, Mr. Meriweather tested positive for cocaine. This result was confirmed by the testing laboratory on August 23, 2013. When questioned by the probation officer, Mr. Meriweather denied using the illegal substance, but reported being "around" marijuana at an event on August 17, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**
Charles Edward Meriweather is employed and lives with his girlfriend and her daughter in Nashville, Tennessee. Mr. Meriweather began his three year term of supervised release on April 30, 2012, and is due to terminate on April 29, 2015.

Following his positive drug test for cocaine, Mr. Meriweather was given a verbal reprimand and re-instructed to not use any illegal substances. He has been referred to Centerstone Mental Health for a substance abuse assessment and is willing to comply with any treatment recommendations.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Meriweather remain on supervised release, participate in a substance abuse assessment and participate in any treatment recommended by Centerstone. Assistant U.S. Attorney Philip Wehby has been advised of the offender's noncompliance and is in agreement with this recommendation.


Approved: _____
     Britton Shelton
     Supervisory U.S. Probation Officer